death of any of his children without leaving issue, and hence such income belonged to the person presumptively entitled to the next eventual estate under the provisions of section 63 of the Real Property Law and section 11 of the Personal Property Law.

*Eugene D. Boyer* and *Charles Strauss* for appellant.
*John De Witt Warner* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.

---

In the Matter of the Application of WILLIAM G. IHRIG, Respondent, for a Writ of Mandamus against WILLIAM WILLIAMS, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant.

*Matter of Ihrig v. Williams*, 181 App. Div. 865, affirmed.

(Argued April 23, 1918; decided May 7, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1918, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to grant to the petitioner an inspection of the reports of engineers and of all other reports, records, papers and documents on file in his office relating to the explosion and bursting of a water main which took place in Lafayette street, near the intersection of said street and Howard street, in the borough of Manhattan, city of New York, on the 21st day of June, 1917, and to give the petitioner an opportunity to make copies of or extracts from the aforesaid reports, records and documents.

*William P. Burr*, Corporation Counsel (*Terence Farley* and *John F. O'Brien* of counsel), for appellant.
*Alexander Holtzoff* and *Paul Windels* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.